BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GABRIELLA SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-555 CRB |
| v. | ) | **STIPULATED MOTION AND [PROPOSED] ORDER FOR OUT OF DISTRICT TRAVEL** |
| GABRIELLA SOLIS, et al, | ) | |
| Defendants. | ) | The Honorable Bernard Zimmerman |

Defendant Gabriela Solis respectfully requests permission from the Court to travel to Las Vegas with her family for a family holiday. Assistant United States Attorney Susan Jerich has been contacted by defense counsel, and he has no objection to this motion for out-of-district travel. Ms. Solis initiated her request with United States Pretrial Services Officer Anthony Granados, and he has contacted undersigned defense counsel by phone to state that he has no objection to Ms. Solis' request for out of district travel

The dates Ms. Solis wishes to travel are as follows; she will leave with her family on

\\
\\

Travel Order
CR 05-555 CRB                                   - 1 -

1  April 7, 2006 (Friday evening) and will return April 9, 2006 (Sunday evening).

3  Dated: April 3, 2005

```
                              /S/
                    SUSAN R. JERICH
                    Assistant United States Attorney


                              /S/
                    ELIZABETH M. FALK
                    Assistant Federal Public Defender
```

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10 "conformed" signature (/S/) within this e-filed document.

### [PROPOSED] ORDER

For good cause shown, defendant Gabriela Solis is hereby authorized to travel to Las Vegas on Friday, 4/7/06. She is hereby ordered to return to the Northern District of California no later than Sunday, 4/9/06, 2008.

**IT IS SO ORDERED.**

Dated: 4/3/06

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

Travel Order
CR 05-555 CRB                                    - 2 -

## Other Documents

3:05-cr-00555-CRB USA v. Manzo-Rangel et al

## U.S. District Court
## Northern District of California
## Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Falk, Elizabeth on 4/4/2006 at 10:46 AM

**Case Name:** USA v. Manzo-Rangel et al
**Case Number:** 3:05-cr-555
**Filer:** Dft No. 3 - Gabriela Solis
**Document Number:** 48

**Docket Text:**
Proposed Order by Gabriela Solis STIPULATED MOTION AND [PROPOSED] ORDER FOR OUT OF DISTRICT TRAVEL (Falk, Elizabeth) (Filed on 4/4/2006)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\Solis, Gabriella 05391\Uploads\Travel Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/4/2006] [FileNumber=2521598-0] [ 309dcb7f9311125cba2f1098f1d2665a6f049b9a5503446376058a3be06b08be41ba1f 79ff572b81f4afd383d85ccd52ae7ab8f276be18f3d3306e30fc1ed19d]]

**3:05-cr-555-3 Notice will be electronically mailed to:**

Elizabeth Meyer Falk     elizabeth_falk@fd.org

Susan R. Jerich     susan.jerich@usdoj.gov, rawaty.yim@usdoj.gov

Steve Gary Kalar    Steven_Kalar@fd.org, Dawn_Anderson@fd.org

Glenn Osajima    gosajima@hotmail.com

Michael Stepanian    mstepanian@sbcglobal.net, sdm819@sbcglobal.net

Diana Leigh Weiss    DIANAWEISS@SBCGLOBAL.NET,

**3:05-cr-555-3 Notice will NOT be electronically mailed to:**