1 BARRY J. PORTMAN
Federal Public Defender
2 ELIZABETH M. FALK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA  94102
4 Telephone:  (415) 436-7700

5 Counsel for Respondent SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-05-555 CRB |
| Plaintiff, | **MOTION AND [PROPOSED] ORDER FOR EXONERATION OF THE BOND AND RETURN OF PASSPORT** |
| v. | |
| GABRIELLA SOLIS, | |
| Defendant. | Magistrate Judge Bernard Zimmerman |

    Defendant Gabriella Solis files the motion respectfully requesting return of her Mexican passport.  Ms. Solis was sentenced on April 19, 2006 to three years of probation.  She has reported to the Probation Office as directed, and complied with all terms of probation successfully.  Her compliance was so spectacular, the Probation Office successfully moved to terminate her probation early.  As such, as of June 4, 2007, Ms. Solis is no longer on federal supervision.

    All of Ms. Solis' obligations to the United States courts and the Probation Department have been fulfilled.  As such, it is the respectful request of Ms. Solis that the bond in the

DEF. MOT. FOR RETURN OF PASSPORT
No. CR 3-05-555 CRB

aforementioned matter be exonerated, and that all property seized by the United States government during Ms. Solis' prosecution be returned to Ms. Solis, including her passport.

Dated:       June 7, 2007

                                     Respectfully submitted,

                                     BARRY J. PORTMAN
                                     Federal Public Defender

                                     ELIZABETH M. FALK
                                     Assistant Federal Public Defender

**ORDER**

GOOD CAUSE SHOWN, it is hereby ORDERED that the bond in the aforementioned case in exonerated. It is further ordered that the passport of Gabriella Solis be returned to her forthwith.

**IT IS SO ORDERED**

DATED: June 8, 2007

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED, Judge Bernard Zimmerman"]*

DEF. MOT. FOR RETURN OF PASSPORT
No. CR 3-05-555 CRB

2

DEF. MOT. FOR RETURN OF PASSPORT
No. CR 3-05-555 CRB

1